IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DION MILTON, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv1252-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, | ) | |
| | ) | |
|    Respondent. | ) | |

ORDER

Now before the court is the United States Magistrate Judge's recommendation that this case be transferred to the United States District Court for the Northern District of Alabama. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. no. 3), to which no objection has been filed, is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

(3) The clerk of the court is to take appropriate steps to effect the transfer.

**This case is closed in this court.**

**DONE, this the 27th day of January, 2015.**

                       /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**